IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **BENJAMIN RAMOS,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:12cv00120 |
| v. | ) |
| | ) |
| **VERICREST FINANCIAL CO., et al.,** | ) By:  Michael F. Urbanski |
| | )       United States District Judge |
| Defendants. | ) |
| | ) |

## ORDER

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition.  The Magistrate Judge filed a report and recommendation on December 18, 2012, recommending that this case be dismissed for failure to prosecute.  No objections to the report and recommendation have been filed and the court is of the opinion that the report should be adopted.

It is accordingly **ORDERED** and **ADJUDGED** that the report and recommendation is **ADOPTED in its entirety,** this matter is **DISMISSED without prejudice** on account of plaintiff's failure to prosecute, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

Entered:  February 7, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge